*Judge Pauley*

88-08/GMV/SL

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
ARDEMAR MARINE LIMITED
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Gina M. Venezia (GV 1551)



08 CV 01695

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARDEMAR MARINE LIMITED,

           Plaintiff,

-against-

EMCO SHIPPING,

           Defendant.

---

08 Civ _____

**PLAINTIFF'S RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff ARDEMAR MARINE LIMITED (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held: NONE.

Dated: New York, New York
       February 19, 2008

                              FREEHILL HOGAN & MAHAR, LLP
                              Attorneys for Plaintiff
                              ARDEMAR MARINE LIMITED

                              By: _____
                                  Gina M. Venezia (GV 1551)
                                80 Pine Street
                                New York, NY 10005
                                (212) 425-1900
                                (212) 425-1901 (fax)