

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR. △
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*△
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*○†
DANIEL J. FITZGERALD*†△
MICHAEL C. ELLIOTT*
JAN P. GISHOLT†

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
△ ALSO ADMITTED IN WASHINGTON, D.C.
○ ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE (203) 921-1913
FACSIMILE (203) 358-8377

May 20, 2008

OUR REF: 88-08/GMV/SL

**BY HAND DELIVERY**
The Hon. William H. Pauley III
United States District Judge
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street, Room 2210
New York, NY 10007

      Re:    Ardemar Marine Limited v. Emco Shipping
             08 CV 1695 (WHP)

Dear Judge Pauley:

      We represent Plaintiff Ardemar Marine Limited in the above-captioned matter which is scheduled for an initial pretrial conference on May 23, 2008 at 11:00 a.m. This is our first request for an adjournment, and an adjournment will not affect any other deadlines of the case.

      This matter involves a claim by Plaintiff for breach of a maritime contract of charter party which is subject to London arbitration. The merits will be decided in London and there will be no discovery or other substantive actions in this New York action. This action was commenced for purposes of obtaining security in connection with the London arbitration. Plaintiff's complaint thus included a request for an attachment pursuant to Rule B, which relief was granted by the Court. Since the filing of the complaint on February 20, 2008, Plaintiff has been unable to locate and restrain any property of Defendant, but efforts continue on a daily basis. Defendant has not appeared otherwise. Presently, the parties are engaging in settlement negotiations; a settlement offer is on the table and Plaintiff is awaiting Defendant's response.

      Because the dispute is subject to London arbitration, because assets of Defendant have not yet been restrained triggering the notice provisions of Rule B and because a settlement offer

NYDOCS1/305043.1

The Hon. William B. Pauley III
May 20, 2008
Page 2

is presently on the table, we submit that there is no need for a scheduling conference at this time and respectfully request that the May 23rd conference be adjourned. <u>We suggest a control date of an additional sixty (60) days, at which time we can advise the Court of status.</u>

    We thank the Court for its consideration for this request.

Respectfully submitted,

GMV:lu                  Gina M. Venezia

*Application granted.*

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.

5/22/08

*The initial pre-trial conference is adjourned to July 11, 2008 at 12:45 p.m.*

NYDOCS1/305043.1

FREEHILL, HOGAN & MAHAR LLP