USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-14-08

88-08/GMV

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ARDEMAR MARINE LIMITED,

                                Plaintiff,

- against -

EMCO SHIPPING, a/k/a EMCO DENIZCILIK
TICARET VE SANAYI LTD STI, a/k/a EMCO
DENIZCILIK,

                                Defendant.
------------------------------------------------------------x

08 Civ 1695 (WHP)

**ORDER TEMPORARILY AND PARTIALLY SEALING COURT FILE**

An application having been made by Plaintiff for an Order Temporarily and Partially Sealing the Court File;

NOW, upon reading and filing the Amended Verified Complaint verified on the 8th day of July, 2008, Plaintiff's Letter dated that same day, the Affidavit of Gina M. Venezia, sworn to on that same day, and good cause having been shown, it is hereby

**O R D E R E D** that all documents relating to the issuance of the Amended Process of Maritime Attachment and Garnishment, including but not limited to (1) the Court's Order Directing Clerk to Issue Amended Process of Maritime Attachment and Garnishment; Appointing Person to Service Process Pursuant to Rule 4(c); and Concerning the Scope of Service and (2) the Amended Process of Maritime Attachment, issued in this case, together with the Amended Verified Complaint verified on the 8th day of July, 2008, the Venezia Affidavit of Good Faith sworn to on that same day and Plaintiff's letter dated that same day, be filed under temporary seal and be maintained under seal until further notice of this Court or notification to the Clerk that the Defendant's property has been attached pursuant to the Amended Process of

NYDOCS1/308115.1

Maritime Attachment and Garnishment. The Clerk may have access to the sealed file to implement or ensure compliance with the Orders issued in this matter.

Dated: New York, New York
July 11, 2008

_____
The Hon. William H. Pauley, III, U.S.D.J.