USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/08

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*△
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*◦†
DANIEL J. FITZGERALD*†△
MICHAEL C. ELLIOTT*
JAN P. GISHOLT†

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
△ ALSO ADMITTED IN WASHINGTON, D.C.
◦ ALSO ADMITTED IN LOUISIANA

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

July 16, 2008

OUR REF: 88-08/GMV

**MEMO ENDORSED**

Application granted.

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
7/18/08

The Clerk of Court is directed to unseal the record in this action.

**BY HAND**
The Hon. William H. Pauley, III
United States District Judge
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street, Room 2210
New York, NY 10007

Re:   Ardemar Marine Limited v. Emco Shipping, a/k/a Emco Denizcilik Ticaret Ve Sanayi Ltd Sti, a/k/a Emco Denizcilik
      08 Civ 1695 (WHP) – SDNY

Dear Judge Pauley:

We represent Plaintiff Ardemar Marine Limited ("Ardemar") in the above-referenced matter, which involves a Rule B maritime attachment against the assets of Defendant.

Pursuant to the Court's Order of July 11, 2008, the record was temporarily sealed until further notice of the Court or notification to the Clerk that Defendant's property has been attached pursuant to the Amended Process of Maritime Attachment and Garnishment. We are writing to advise the Court that yesterday afternoon we were advised that funds in the full amount of the attachment were restrained at a garnishee bank pursuant to the order of attachment in this case. Consequently, and in accordance with the Court's sealing order, we believe that the temporary seal on the case can be lifted.

NYDOCS1/308781.1

The Hon. William H. Pauley, III
July 16, 2008
Page 2

      We thank the Court for its attention.

                          Respectfully submitted,
                          FREEHILL HOGAN & MAHAR, LLP

GMV:lu                      Gina M. Venezia