USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/08

88-08/GMV

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ARDEMAR MARINE LIMITED,

                      Plaintiff,

      - against -

EMCO SHIPPING, a/k/a EMCO DENIZCILIK
TICARET VE SANAYI LTD STI, a/k/a EMCO
DENIZCILIK,

                      Defendant.
------------------------------------------------------------x

08 CIV 1695 (WHP)

**STIPULATION AND ORDER DIRECTING RELEASE OF FUNDS, VACATURE OF ATTACHMENT AND DISCONTINUANCE OF ACTION**

      WHEREAS Plaintiff Ardemar Marine Limited ("Ardemar") commenced this action pursuant to Rule B of the Supplemental Rules of the Federal Rules of Civil Procedure seeking security in aid of claims pending arbitration in London against Defendant Emco Shipping ("Emco"); and

      WHEREAS Plaintiff Ardemar filed an Amended Verified Complaint on or about July 8, 2008 and the Court issued an Order directing the issuance of Amended Process of Maritime Attachment and Garnishment in the sum of $55,829.11; and

      WHEREAS the Amended Process of Maritime Attachment and Garnishment was served upon various garnishee banks, pursuant to which The Bank of New York Mellon subsequently restrained funds being wire transferred to or from Emco in the sum of $55,829.11; and

      WHEREAS the parties have now agreed to settle their underlying dispute;

      Plaintiff Ardemar, through undersigned counsel, hereby stipulates as follows:

      1.     Funds in the amount $55,829.11 currently under attachment pursuant to the Attachment Order and in the custody of The Bank of New York Mellon, and any other funds

NYDOCS1/309524.1

restrained pursuant to the Attachment Order and in the custody of any other garnishee, shall be released and simultaneously transferred to Defendant Emco in accordance with wire transfer instructions to be provided to the bank by counsel for Plaintiff Ardemar as agreed between the parties;

2. The Attachment Order shall be vacated;

3. Undersigned counsel shall provide a copy of this So Ordered Stipulation to The Bank of New York and any other garnishee served with a copy of the Attachment Order and any such garnishee shall cease and desist any further restraint of funds or other assets of Defendant Emco;

4. This action shall be discontinued with prejudice and without costs as to any party.

Dated: New York, New York
       July 29, 2008

                                        Respectfully submitted,
                                        FREEHILL, HOGAN & MAHAR, LLP
                                        Attorneys for Plaintiff Ardemar Marine Limited

By: _____
     Gina M. Venezia (GV 1551)
     80 Pine Street
     New York, NY 10005
     (212) 425-1900
     (212) 425-1901 (fax)

"SO ORDERED"

_____
The Hon. William H. Pauley

7/31/08